# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                        CASE NO. 4:10cr25-RH/WCS

ALDO RAY WILSON,

       Defendant.

_____/

## **ORDER FOR DOCKETING OF THE DEFENDANT'S LETTER**

The defendant is represented by a court-appointed attorney but has written a letter directly to the judge dated June 22, 2010. The court's rules provide that a request for action by the court must be made by a motion in proper form, not by a letter. *See* N.D. Fla. Loc. R. 5.1. And a motion must be filed with the clerk, not submitted directly to the judge. Further, a person who is represented by an attorney ordinarily must proceed only through the attorney.

Accordingly,

IT IS ORDERED:

The clerk must docket the defendant's letter, but no relief will be granted

based on it. Any further submission by the defendant must comply with the court's rules.

SO ORDERED on June 29, 2010.

s/Robert L. Hinkle<br>United States District Judge